# U.S. District Court
## Western District of Louisiana (Lafayette)
## CIVIL DOCKET FOR CASE #: 6:04-cv-01162-RFD-MEM

04cv12282 PBS

Blevins v. Pfizer Inc
Assigned to: Judge Rebecca F Doherty
Referred to: Honorable Mildred E Methvin
Demand: $0
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 05/27/2004
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Annie D Blevins**
*individually & on behalf of others similarly situated*

represented by **Daniel E Becnel, Jr**
P O Drawer H
Reserve, LA 70084
985-536-1186
Fax: 985-536-6445
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew B Moreland**
P O Drawer H
Reserve, LA 70084
985-536-1186
Fax: 985-536-6445

V.

**Defendant**

**Pfizer Inc**
*Individually*
also known as
Warner-Lambert Co
also known as
Parke-Davis

represented by **Henri Wolbrette, III**
McGlinchey Stafford
P O Box 60643
New Orleans, LA 70160-0643
504-586-1200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathleen A Manning**
McGlinchey Stafford
P O Box 60643
New Orleans, LA 70160-0643
504-586-1200

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2004 | | FILING FEE paid. Amount of fee $150.00. Receipt #41036. (Williams, L) Modified on 06/02/2004 (Entered: 06/02/2004) |
| 05/27/2004 | | CASE ASSIGNED to current Magistrate Judge for discovery. (Prest, B) |

| | | (Entered: 06/04/2004) |
|---|---|---|
| 05/27/2004 | 1 | COMPLAINT filed w/jury demand. (Prest, B) (Entered: 06/04/2004) |
| 05/27/2004 | 2 | SUMMONS issued for Pfizer Inc. (Prest, B) (Entered: 06/04/2004) |
| 06/03/2004 | 3 | RETURN OF SERVICE as to Pfizer Inc on 5/28/04; Answer due on 6/17/04 for Pfizer Inc (Whidden, C) (Entered: 06/07/2004) |
| 06/16/2004 | 4 | MOTION for Extension of Time to File Answer re 1 Complaint with consent by Pfizer Inc. (Attachments: # 1 proposed order)(Dean, S) (Entered: 06/16/2004) |
| 06/21/2004 | 5 | ORDER granting 4 Motion for Extension of Time to Answer re 1 Complaint for an additional 20 days from the date of this order. Signed by Judge Mildred E Methvin on 6/21/04. (Whidden, C) (Entered: 06/21/2004) |
| 06/21/2004 | 6 | NOTICE of Corporate Disclosure Statement Requirement sent to Henri Wolbrette III on behalf of Pfizer Inc (Whidden, C) (Entered: 06/21/2004) |
| 07/14/2004 | 7 | COPY OF LETTER from James P. Rouhandeh to Clerk, MDL Panel transmitting documents. (Attachments: # 1 Notice of manual attachment) (Whidden, C) (Entered: 07/16/2004) |
| 07/15/2004 | 8 | FIRST AMENDED CLASS ACTION COMPLAINT against Pfizer Inc with Jury Demand, filed by Annie D Blevins. (Attachments: # 1 Part 2/2 of Main Document)(Whidden, C) (Entered: 07/18/2004) |
| 07/15/2004 | 9 | SUMMONS ISSUED as to Pfizer Inc. (Whidden, C) (Entered: 07/18/2004) |
| 07/26/2004 | 10 | COPY OF LETTER from Fred S. Longer to Clerk, MDL Panel transmitting Response to Motion for Transfer of Actions to the Southern District of New York for Coordinated or Consolidated retrial Proceedings. (Attachments: # 1 Notice of manual attachment) (Whidden, C) (Entered: 07/27/2004) |
| 08/16/2004 | 11 | COPY OF NOTICE OF HEARING SESSION WITH HEARING SESSION ORDER from the Judicial Panel on Multidistrict Litigation scheduling a hearing on 9/30/04 at the James A Byrne U S Courthouse in Philadelphia, PA. (Deville, C) (Entered: 08/17/2004) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/27/2004 13:18:56 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 6:04-cv-01162-RFD-MEM |

| Billable Pages: | 2 | Cost: | 0.14 |