

**United States District Court**

OFFICE OF THE CLERK

**Western District of Louisiana**

*04cv12282 PBS*

November 9, 2004

*800 Lafayette Street, Suite 2100*
*Lafayette, LA 70501*
*1-866-323-1101*

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101-3083*
*1-866-323-1101*

Tony Anastas, Clerk
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, Massachusetts 02210

     RE:    MDL - 1692 (Our Case 6:04cv1162)
           In Re: Neurontin Marketing and Sales Practices (Our Case: Blevins v. Pfizer, Inc.)

Dear Clerk:

    Pursuant to transfer order filed on November 5, 2004 in the above-captioned case, we enclose (1) a certified copy of said order, (2) a certified copy of the Clerk's docket entries, and (3) the entire record.

    Please acknowledge receipt on the enclosed copy of this letter

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

    THUS DONE  November 9, 2004.

                    ROBERT H. SHEMWELL
                    CLERK OF COURT

cww

Enclosures